**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No.**: 2:23-cv-1238

STEPHEN D. MORROW,
    *Plaintiff*,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and
DISCOVER BANK.
    *Defendants*.
_____/

**<u>NOTICE OF RESOLUTION AS TO DEFENDANT TRANS UNION</u>**

    Pursuant to Local Rule 3.09, Plaintiff hereby notifies the Court that a settlement has been reached in this case with Defendant Trans Union LLC. Upon completion of the terms of the settlement, Plaintiff will file the appropriate documents to dismiss the above named Defendant from this case.

Dated: March 1, 2024

Respectfully submitted by:

<u>/s/ *Shera Erskine Anderson, Esq.*</u>
Shera Erskine Anderson, Esq.
Fla. Bar No.: 68129
20801 Biscayne Blvd., #403
Miami, Florida 33180
(954) 309-5559
Shera_Anderson@outlook.com
***Attorney for the Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2024, a true and correct copy of the foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

*Respectfully Submitted:*

/s/ Shera Erskine Anderson, Esq.

Shera Erskine Anderson, Esq.
Fla. Bar No.: 68129
***Attorney for the Plaintiff***
20801 Biscayne Blvd., #403
Aventura, Florida 33180
(954) 309-5559
Shera_Anderson@outlook.com