IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Fort Myers Division

CASE NO.: 2:23-cv-01238-JES-KCD

STEPHEN D. MORROW,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
TRANS UNION LLC; and DISCOVER BANK,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS

**COMES NOW**, Plaintiff Stephen D. Morrow and Defendants Discover Bank, and Experian Information Solutions, Inc.,[1] by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss with prejudice each claim and count therein asserted by Plaintiff against Defendants EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and DISCOVER BANK in the above-styled action, with each party to bear its own attorney's fees and costs.

---

[1] As of the date of this Stipulation, counsel for Defendants Equifax Information Solutions, LLC ("Equifax"), and TransUnion LLC ("TransUnion") have not filed an appearance in this action.

Respectfully submitted this ___ day of May 2024,

*/s/Ofer Shmucher*
Ofer Shmucher, Esq.
(FL Bar No. 70628
20801 Biscayne Blvd., Suite 403
Miami, FL 33180
Email: ofer@flbankrupt.com

*Counsel for Plaintiff*

*/s/ Sara L. Solano*
Sara L. Solano, Esq.
(FL Bar No. 117966)
David Elliott, Esq.
(FL Bar No. 94237)
BURR & FORMAN LLP
350 East Las Olas Blvd., Suite 1440
Ft. Lauderdale, FL 33301
Email: ssolano@burr.com
Email: rzamora@burr.com
Email: flservice@burr.com
Email: delliott@burr.com

*Counsel for Defendant*
Discover Bank

*/s/Carly Roessler*
Carly Roessler, Esq.
(FL Bar No. 1024951)
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Email: croessler@jonesday.com

*Counsel for Defendant*
Experian Information Solutions Inc.